IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE BUSANET,<br><br>        *Petitioner*,<br><br>  v.<br><br>JOHN E. WETZEL, et al.,<br><br>        *Respondents*. | Case No. 2:04-cv-00168-JDW |

### ORDER

**AND NOW**, this 12th day of August, 2024, upon consideration of Petitioner Jose Busanet's Motion To Reopen Proceedings, Lift Stay And Excuse Exhaustion (ECF No. 73), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** as follows:

1. The **STAY** in this matter is hereby **LIFTED**.

2. The Clerk of Court shall re-open this matter and return it to the active docket.

3. The Commonwealth shall file a response to Mr. Busanet's amended petition on or before September 13, 2024.

4. On or before September 13, 2024, the Parties shall meet and confer and provide me with a proposal for how to proceed after the Commonwealth responds to the

amended petition. That submission shall be by letter sent to Chambers_of_Judge_Wolson@paed.uscourts.gov, and shall include either a joint proposal or each side's proposal for how to move forward.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.